PROB 12C
(7/93)

Report Date: January 25, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 8 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mitchell Jason Ranes           Case Number: 2:06CR02179-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 17, 2007

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 77 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: September 28, 2012 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: September 27, 2015 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 16, 2012.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: According to a law enforcement report written on December 10, 2012, Mr. Ranes was arrested on an outstanding Federal warrant. A search of Mr. Ranes prior to transport revealed a small bag of marijuana. The marijuana was collected and placed into evidence. |
| 7 | **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
| | **Supporting Evidence**: According to a law enforcement report written on December 10, 2012, Mr. Ranes was arrested on an outstanding Federal warrant. A search of Mr. Ranes prior to transport revealed a butterfly knife, which is a dangerous weapon and a violation of the conditions of his supervised release. |
| 8 | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

Prob12C
Re: Ranes, Mitchell Jason
January 25, 2013
Page 2

**Supporting Evidence**: According to a law enforcement report written on December 10, 2012, Mr. Ranes was arrested on an outstanding Federal warrant. Mr. Ranes was arrested while in the company of Letisha Albert. Ms. Albert was also arrested on her outstanding felony warrant for assault third degree.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/25/2013

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

Signature of Judicial Officer

Jan. 28, 2013
Date