PROB 12C
(7/93)

Report Date: October 7, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**OCT 0 7 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mitchell J. Ranes                Case Number: 0980 2:06CR02179-001

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 17, 2007

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 77 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: August 6, 2013 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: December 5, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mitchell Jason Ranes used methamphetamine and marijuana on September 30, 2013.<br><br>On October 1, 2013, Mr. Ranes reported to the U.S. Probation Office and admitted to smoking four marijuana joints and approximately three bowls of methamphetamine on September 30, 2013. The defendant reviewed and signed an admission of drug use form acknowledging the aforementioned. |
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mitchell Jason Ranes failed to report to the U.S. Probation Office on October 1, 2013, at 11 a.m. to observe the Sobriety Treatment and Education Program (STEP) court session. |

Prob12C
Re: Ranes, Mitchell J.
October 7, 2013
Page 2

On September 24, 2013, the defendant was directed to report on October 1, 2013, at 11 a.m. to observe the STEP court session, but he failed to report. Mr. Ranes related he had overslept that morning due to attending a funeral ceremony the previous night. It should also be noted, the defendant admitted to using methamphetamine and marijuana the night before.

3     **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mitchell Jason Ranes moved from his listed residence in Wapato, Washington, on or about September 12, 2013, and failed to notify his supervising probation officer.

On October 1, 2013, contact with the defendant's roommate revealed Mr. Ranes had moved out on or about September 12, 2013. Later that day, the defendant reported for an office visit and admitted to changing his residence on or about September 12, 2013, without notifying the undersigned officer. Mr. Ranes advised the reason he failed to report a change of address was because he was living with a girlfriend, who was on probation, for a driving under the influence charge and did not believe this officer would approve of his new residence.

4     **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Mitchell Jason Ranes associated with individuals engaged in criminal activity on September 30, 2013.

On October 1, 2013, the defendant reported for an office visit and stated that on September 30, 2013, he ran into some friends, who were smoking marijuana and methamphetamine in a car, and decided to join them.

5     **Special Condition #18**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Mitchell Jason Ranes failed to report to Merit Resource Services on September 25, 2013, and October 3, 2013, for aftercare intake appointments.

On September 24, 2013, the defendant reported for an office visit and was directed to report to Merit on September 25, 2013, at 4 p.m. for an aftercare intake appointment. Although the defendant stated he understood, he failed to report as directed. On October 1, 2013, the defendant reported for an office visit and admitted to missing his scheduled appointment at Merit. He subsequently contacted Merit personnel and scheduled another aftercare intake appointment on October 3, 2013, at 12:30 p.m., but he once again failed to show.

| | | |
|---|---|---|
| | 6 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | | **Supporting Evidence**: Mitchell Jason Ranes used methamphetamine on October 2, 2013. |
| | | On October 4, 2013, Mr. Ranes reported to the U.S. Probation Office and admitted to smoking methamphetamine on October 2, 2013. The defendant reviewed and signed an admission of drug use form acknowledging the aforementioned. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/07/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/7/2013
Date