PROB 12C
(7/93)

Report Date: August 6, 2014

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2014

SEAN F. McAVOY, CLERK

Name of Offender: Mitchell J. Ranes                Case Number: 0980 2:06CR02179-001

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 17, 2007

Original Offense:     Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison 77 months; TSR - 36 months        Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Ian Lloyd Garriques           Date Supervision Commenced: December 10, 2013

Defense Attorney:     Diane E. Hehir                Date Supervision Expires: November 5, 2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**:  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mitchell Ranes failed to report or contact his supervising probation officer on July 31, 2014.<br><br>On July 30, 2014, several attempts were made to contact the defendant by phone but all were met with negative results.  Contact was made with the defendant's sister and girlfriend, and messages were left for him to report or contact this officer by July 31, 2014.  On July 31, 2014, contact with his girlfriend revealed she had given Mr. Ranes this officer's message to report but did not know why he had failed to do so.  To date, the defendant has failed to report or contact the undersigned officer. |
| 2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons.<br><br>**Supporting Evidence**:  Mr. Ranes failed to maintain employment at Green Acre Farms. |

Prob12C
Re: Ranes, Mitchell J.
August 6, 2014
Page 2

        On July 25, 2014, the defendant obtained employment at Green Acre Farms. On July 31, 2014, contact with his employer revealed he had failed to show for work on July 26, 28, 29, 30, and 31, 2014. His employer advised that the defendant would more than likely be fired based on his poor attendance record.

3      **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

      **Supporting Evidence**: Mr. Ranes failed to notify his supervising probation officer of a change in residence on July 31, 2014.

      On April 17, 2014, Mr. Ranes was placed on home confinement as a sanction for failing to comply with the Sobriety Treatment and Education Program rules. On July 31, 2014, the defendant left his residence but failed to return by his scheduled curfew time of 8 p.m. On August 1, 2014, contact with his sister, who is also his landlord, revealed Mr. Ranes had not returned home and his whereabouts were unknown.

4      **Special Condition #18**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

      **Supporting Evidence**: Mitchell Ranes failed to report to Merit for an individual counseling session on July 21, 2014, and a group counseling session on July 31, 2014.

      Contact with the defendant's treatment counselor revealed the defendant failed to attend counseling sessions, as noted above. She further advised if Mr. Ranes failed to contact her within a week, he would be terminated from treatment.

5      **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Mitchell Ranes failed to report to Merit for urinalysis testing on July 28, and 31, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/06/2014

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

Prob12C
**Re: Ranes, Mitchell J.**
**August 6, 2014**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

August 6, 2014
_____
Date

Case 2:06-cr-02179-RHW   Document 149   Filed 08/06/14