PROB 12C
(7/93)

Report Date:  October 30, 2014

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2014

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mitchell J. Ranes                    Case Number: 0980 2:06CR02179-001

Address of Offender: ████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 17, 2007

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 77 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: December 10, 2013 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: November 5, 2015 |

---

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/06/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2**:  The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On October 27, 2014, Mitchell Ranes appeared in the circuit court of the state of Oregon for the county of Sherman (case number 14-0016CR) and entered a guilty plea as to count 1, possession of methamphetamine; and count 2, providing false information to a peace officer.

According to an incident report from the Sherman County Sheriff's Office, on September 30, 2014, officers contacted a male and female after noticing the license plate light on their vehicle was out.  The male driver had no identification and reported his name as Jason Michael Smith but was subsequently identified as Mr. Ranes.  During the stop, the officer could smell a strong odor of marijuana coming from within the vehicle.  When questioned about the odor of marijuana, the defendant admitted to having approximately a half an ounce of marijuana in his coat pocket.  A search of the vehicle resulted in the recovery of the following items: zip lock bag containing a large amount of methamphetamine, zip lock bag containing a small amount of methamphetamine, approximately a half an ounce of

Prob12C
**Re: Ranes, Mitchell J.**
**October 30, 2014**
**Page 2**

marijuana, four smoking pipes with methamphetamine residue, three smoking pipes with marijuana residue, two butane torches, and five marijuana blunts. When questioned about the methamphetamine, the defendant admitted to having used methamphetamine a couple of days ago.

Court records indicate the defendant is scheduled to appear for sentencing on January 16, 2015.

7    **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.

   **Supporting Evidence**: On September 30, 2014, Mitchell Ranes possessed marijuana, as noted in violation number 6.

8    **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

   **Supporting Evidence**: On September 30, 2014, Mitchell Ranes admitted to using methamphetamine, as noted in violation number 6.

9    **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

   **Supporting Evidence**: On or about September 30, 2014, Mitchell Ranes left the judicial district without the permission of the Court or U.S. probation officer, as noted in violation number 6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/30/2014

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

Prob12C
**Re: Ranes, Mitchell J.**
**October 30, 2014**
**Page 3**


THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.

_____
Signature of Judicial Officer

        10/31/2014
_____
Date